FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Lotto, Stephanie DEFENDANT(S). | CASE NUMBER SA 10-292M-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Gov't___, IT IS ORDERED that a detention hearing is set for __Thursday  8/12/10__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N. Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/9/10__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge